# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-835
LT Case No. 2017-CF-001647-A
_____

DANIEL SHANE CANUP,

    Appellant,

    v.

STATE of FLORIDA,

    Appellee.

_____


3.850 appeal from the Circuit Court for Seminole County.
Donna L. McIntosh, Judge.

Daniel Shane Canup, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney
Brown Hartless, Assistant Attorney General, Daytona Beach, for
Appellee.

November 21, 2023


PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____